No. 77–1264.  READING HOSPITAL & MEDICAL CENTER *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 3d Cir.  Certiorari denied.

No. 77–1298.  KRAIN *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 77–1396.  IDAHO EX REL. MOON, TREASURER OF IDAHO *v.* STATE BOARD OF EXAMINERS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 77–1422.  NEWMAN ET AL. *v.* ALABAMA ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 77–1492.  RAPIDES PARISH POLICE JURY ET AL. *v.* PARNELL ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 76–418.  EXPEDITIONS UNLIMITED AQUATIC ENTERPRISES, INC., ET AL. *v.* SMITHSONIAN INSTITUTION ET AL.  C. A. D. C. Cir.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 76–1556.  BROWN ET AL. *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 77–241.  COMMUNICATIONS WORKERS OF AMERICA *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.;

No. 77–242.  TELEPHONE COORDINATING COUNCIL TCC–1, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.; and

No. 77–243.  ALLIANCE OF INDEPENDENT TELEPHONE UNIONS *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.  C. A. 3d Cir.  Certiorari denied.  MR. JUSTICE POWELL took no part in the consideration or decision of these petitions. Reported below: 556 F. 2d 167.